# UNITED STATES DISTRICT COURT

NORTHERN     DISTRICT OF     ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUAN ALVAREZ

(Name and Address of Defendant)

**FILED**
APR 1 6 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE SIDNEY I. SCHENKIER

**CRIMINAL COMPLAINT**

CASE NUMBER: **03CR0399**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __3/11/2003__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense) move and travel in interstate commerce to avoid prosecution for the Illinois felony of first degree murder

[stamp: APR 1 8 2003]

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes     ___ No

_____
Signature of Complainant
**MICHAEL B. STEINBACH**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__April 16, 2003__        at    __Chicago, Illinois__
Date                                                          City and State

SIDNEY I. SCHENKIER United States Magistrate Judge      _____
Name & Title of Judicial Officer                                          Signature of Judicial Officer

STATE OF ILLINOIS  )
                   ) ss
COUNTY OF COOK     )

### AFFIDAVIT

I, MICHAEL B. STEINBACH being duly sworn, depose and say:

1. I am employed as a Special Agent of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for eight years. I am currently assigned to the FBI Fugitive Task Force and am familiar with fugitive investigations. The information contained in this affidavit was furnished to me by Detective DAVID EVANS of the Chicago Police Department (CPD), unless otherwise indicated.

2. On August 13, 2002, JOSE ESTRADA was shot and killed in Chicago, Illinois. Investigation determined that JUAN ALVAREZ hired several individuals to kill ESTRADA. On August 16, 2002, ALVAREZ was arrested and charged with first degree murder in Cook County, Illinois. This is a felony charge.

3. On March 11, 2003, while being held at the Cook County, Illinois, Jail, on this charge, ALVAREZ was mistakenly released from custody. Once the mistake was discovered, the Circuit Court of Cook County, Illinois, issued a warrant for ALVAREZ's arrest. A copy of that warrant is attached to this affidavit. Attempts to locate ALVAREZ have been unsuccessful.

4. Subsequent to his mistaken release, the CPD contacted ALVAREZ' wife, MARIA ALVAREZ, who advised that ALVAREZ, knowing police were looking for him, boarded a bus for Mexico on March 15, 2003. MARIA ALVAREZ has been in telephone contact with her husband since that time and provided a telephone number in Mexico where he could be reached.

5. Based on this information, I believe that JUAN ALVAREZ fled the State of Illinois to avoid prosecution for first degree murder.

6. The Cook County State's Attorney's Office will extradite JUAN ALVAREZ when he is apprehended.

_____
MICHAEL B. STEINBACH
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before
me this 16th day of April, 2003

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
VS
JUAN ALVAREZ

CASE NO. 02CR3174601 W001
WARRANT TYPE ( ARR )

## ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) JUAN ALVAREZ for the offense of
(Description) MURDER/INTENT TO KILL/INJURE
(Chapter) 720 (Section) 5/9-1(A)(1)
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook
County at (Location) CRIMINAL COURT BUILDING (Room) 506
2600 S CALIFORNIA
CHICAGO, IL 60608
at 9:30 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant
is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made

### GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations
are those as specified in 725 ILCS 5/107-9(e).

_____
(Geographic Limitations)

_____
Prosecutor

Judge _____ Code 0250
BERTINA E. LAMPKIN

Issued in Cook County 04/11/2003
Bail fixed at $ -- NO BAIL --

Judge _____
BERTINA B. LAMPKIN

Witness: Dorothy Brown, Clerk of the Court and seal thereof, 04/11/2003

Clerk of the Circuit Court _Dorothy Brown_ By Deputy Clerk _____

Name: JUAN ALVAREZ
Alias
Residence 1820 S. FAIRFIELD  City CHICAGO  IL  State  Zip 60608

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|---|---|---|---|---|---|---|---|---|
| M | WHTHIS | 5' 6" | 200 lbs | 07/27/1964 | 38 | | | |

IR 001514024 | CB/DCN 015211269 | FBI 946492WB9 | SID 00050248040 | SSN 000000000 | BOND NO 000000

Complainant's Name
Address  City  State  Zip
Arresting Officer  Star No. 00000
Agency/Unit: COOK COUNTY SHERIFF

Reviewed By: _____  Audited By: _____
Prosecutor  Clerk

ENTERED
TIME ___ AM/PM
APR 1 1 2003
Judge Bertina Lampkin
Dorothy Brown
Clerk of the Circuit Court
Criminal Division
Deputy Clerk Signature

Prepared by: REEVES, TWILAH  Printed: 04/11/2003 14:47:04  System: GCP6.D056.JA04.GME

CLERK OF THE CIRCUIT COURT OF COOK COUNTY